UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE TERRY,
FDOC Inmate No. 881212,

    Plaintiff,

v.                               Case No.: 3:25-cv-365-MCR-ZCB

JIMMO DOE, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on March 31, 2025. *See* ECF No. 3. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.[1]

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

---

[1] Plaintiff failed to file an objection despite the Court vacating its prior Order adopting the magistrate judge's Report and Recommendation and extending the objection deadline to July 30, 2025. *See* ECF No. 9.

1

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he commenced this case.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of September 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**